REQUEST FOR COURT ACTION / DIRECTION

|  |  |  |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office-5th Floor | OFFENSE: Criminal Copyright Infringement by Electronic Means; Aiding and Abetting, a Class E Felony, 17 USC 506(a)(1)(B), 18 2319(c)(1) and (2). |
|  |  | ORIGINAL SENTENCE: Three (3) years probation. |
| FROM: | Virginia Linares<br>U.S. Probation Officer | SPEC. CONDITIONS: Six (6) Months Home Detention; Financial Disclosure; Restitution: $63,699.98; Special Assessment: $100.00; Search Condition; Computer Restrictions. |

RE:     GOLENBOCK, Jonathan S.
        Docket # CR 05-00761-01 RMW

**08 CRIM 474**

DATE OF SENTENCE: 01/08/2007

DATE: May 20, 2008

ATTACHMENTS:    PSI X    JUDGMENT X
REQUEST FOR:    COURT DIRECTION   X

### Request for Acceptance of Jurisdiction

This offender was sentenced in the Northern District of California as outlined above.

On May 20, 2008 the Northern District of California initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on May 06, 2008 by the Honorable Ronald M. White, U.S. District Judge for the Northern District of California, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22) be endorsed and returned to our office.

                                    Respectfully submitted,

                                    Chris J. Stanton
                                    Chief U.S. Probation Officer

                            By:     _____
                                    Virginia Linares
                                    U.S. Probation Officer
                                    212-805-5117

                            Approved By: _____
                                    Jack Malkin
                                    Supervising U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: MAY 29 2008